**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **PABLO RAFAEL MOTA,** in representation of **INOCENCIA RODRIGUEZ,**<br><br>    *Petitioners,*<br><br>**v.**<br><br>**REBECCA GONZALEZ-RAMOS,  ET AL.,**<br><br>    *Respondents.* | Civil No. 26-01450 (MAJ) |

**JUDGMENT**

In accordance with the Order entered on this same date (**ECF No. 24**), judgment is entered **DISMISSING** this action **WITHOUT PREJUDICE** in its entirety.

This case is now closed for administrative purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 5th day of August, 2026.

/s/ **María Antongiorgi-Jordán**
**MARIA ANTONGIORGI-JORDAN**
**UNITED STATES DISTRICT JUDGE**